USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/09/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

IRENE HECHT, on behalf of herself and all others similarly situated,

Plaintiff(s)

vs.

MARY MEYER CORPORATION,

Defendant(s)

_____

**Request for Clerk's Certificate of Default**

Civil Case No. 1:20-cv-05325-VEC

Pursuant to Fed. R. Civ. P. 55(a) and L.R. 55.1, Plaintiff Irene Hecht requests a Clerk's certificate of entry of default. Within in an accompanying affidavit, I affirm that the party against whom the judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. C. P. 4 and proof of service having been filed with the court;

4) has defaulted in appearance in the above captioned action.

Application DENIED. Per the Court's July 13, 2020 order, the Defendant's time to move against or answer the Complaint is stayed until the date of the IPTC, unless otherwise ordered. Per that same order, the IPTC is scheduled for November 13, 2020. The Court has not issued any other order regarding the Defendant's time to respond to the Complaint. Plaintiff's counsel is instructed to carefully read this Court's orders before filing any further motions in this case.

SO ORDERED.

/s/ Yitzchak Zelman
_____
**Counsel for Plaintiff(s) / Plaintiff(s) Pro se**

Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
yzelman@marcuszelman.com

*Valerie Caproni* (signature)   09/09/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE